

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-13-00807-CR

Marlo Edmundo **MUJICA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR2756
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The Court Reporter's Notification of Late Record is hereby GRANTED.  The reporter's record is due February 20, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court